UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MARIE SNYDER,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA, N.A., et al.,<br>　　　　　Defendants. | Case No. 15-cv-04228-KAW<br><br>**ORDER TO SHOW CAUSE** |

On April 5, 2019, Defendant Bank of America, N.A. filed a motion for summary judgment. (Dkt. No. 215.) Per Civil Local Rule 7-3(a), Plaintiff's "opposition must be filed and served not more than 14 days after the motion was filed." Thus, Plaintiff's opposition was due by April 19, 2019.

As of the date of this order, Plaintiff has not filed her opposition. Accordingly, the Court ORDERS Plaintiff to show cause, by **April 30, 2019**, by: (1) filing her opposition, and (2) explaining why she did not timely file her opposition. Failure to timely respond may result in the Court granting Defendant's motion for summary judgment as unopposed. (*See* Westmore Standing Ord. ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in response to any motion shall constitute consent to the granting of the motion.")

If Plaintiff files her opposition by April 30, 2019, Defendant may file a reply by May 7, 2019.

IT IS SO ORDERED.

Dated: April 23, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge