UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA MARIE SNYDER,

            Plaintiff,

     v.

BANK OF AMERICA, N.A., et al.,

            Defendants.

Case No.  15-cv-04228-KAW

**ORDER TO SHOW CAUSE RE ISSUANCE OF A FINAL JUDGMENT AS TO NATIONSTAR**

On January 26, 2018, Judge Laporte granted Defendant Nationstar Mortgage, LLC's ("Nationstar") motion for summary judgment.  (Dkt. No. 151 at 1.)  At that time, final judgment was not entered in favor of Defendant Nationstar and against Plaintiff Pamela Snyder.

On July 14, 2020, Plaintiff stated that she intended to appeal the January 26, 2018 order granting summary judgment to Defendant Nationstar.  Per Federal Rule of Civil Procedure 54(b), "[w]hen an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."

In the instant case, while a Rule 54(b) motion has not been filed, there does not appear to be a just reason for delaying the entry of a final judgment in favor of Defendant Nationstar.  *See Certain Interested Underwriters at Lloyd's v. Bear*, Case No. 15-cv-630-BTM-BLM, 2018 U.S. Dist. LEXIS 141970, at *7 (S.D. Cal. Aug. 21, 2018) (observing that the court could sua sponte certify a judgment as final).  Further, Plaintiff has expressed a desire to appeal the summary judgment order, and the rest of the case is unlikely to be resolved in a timely manner due to the ongoing COVID-19 public health emergency.

Accordingly, the Court ORDERS all parties to show cause, within **14 days** of the date of

this order, why the Court should not enter final judgment in favor of Defendant Nationstar.

IT IS SO ORDERED.

Dated: July 20, 2020

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2